**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| ERIC WILLIAMS<br>**63311-066** | NO. 08-CR-310 |

## O R D E R

AND NOW, this 30th day of July, 2021, upon consideration of Defendant's Pro Se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 56), the Government's Response in Opposition thereto (Doc. No. 57), and Defendant's Reply to the Government's Response (Doc. No. 60), it is hereby ORDERED that the Motion is DENIED WITHOUT PREJUDICE as to Defendant's right to file a new motion pursuant to 18 U.S.C. § 3582(c)(1)(A).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.